**95–2126.   Disciplinary Counsel v. Marshall.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that David Steele Marshall, Attorney Registration No. 0031544, last known address in Mentor, Ohio, is found in contempt for

failure to comply with this court's order of February 28, 1996, to wit: failure to pay board costs in the amount of $206.19 on or before May 28, 1996.